MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

|  |  |
|---|---|
| PATTI J. LARA, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRHILL, <br>Deputy Commissioner for Operations, <br>performing the duties and functions not <br>reserved to the Commissioner of Social <br>Security, <br><br> Defendant. | Case No.: 2:17-cv-02208-AC <br><br> [~~PROPOSED~~] ORDER |

Having reviewed Defendant's motion for an extension and finding good cause, the Court hereby APPROVES the motion and EXTENDS the schedule in this matter as follows:

1.     The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended thirty (30) days to April 25, 2018.

2.     All other deadlines and scheduling matters set forth in the Court's October 23, 2017 Scheduling Order remain the same.

IT IS SO ORDERED this 11th day of April 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE