BARBARA MARIE RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 383103
Waikoloa, HI  96738
Telephone:  808-785-6088
Fax:  808-440-0699
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Patti J. Lara

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATTI J. LARA, | Case No.:  2:17-CV-02208-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTESION OF TIME FOR PLAINTIFF TO FILE HER REPLY BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Plaintiff shall have an extension of time of an additional 21 days to file her Reply to Defendant's Opposition and Cross-Motion for Summary Judgment.  This is the first continuance sought by Plaintiff.

On October 23, 2017, the Court issued a Procedural Order for Social Security Review Actions. [Docket No. 3].  The Order states that Plaintiff shall file a Reply brief within 21 days after service of the Defendant's Opposition.  Defendant filed its Opposition and Cross-Motion on April 25, 2018. [Docket No. 14].  Therefore, Plaintiff's Reply is currently due on May

STIPULATION AND [PROPOSED] ORDER            1

16, 2018.  Plaintiff seeks a brief extension of time of 21 days to file her Reply.  The new due date for Plaintiff's Reply will be June 6, 2018.

There is good cause for this request.  There has been a sudden and unexpected death in Plaintiff's family.  In addition, another member of Plaintiff's family has had an accident resulting in a serious injury.  These family emergencies will require Plaintiff's counsel to travel out of town and be out of the office for at least 10 days.  Therefore, Plaintiff is respectfully requesting additional time up to and including June 6, 2018 to file her Reply brief.  This extension of time is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date:  May 10, 2018         "/s/Ellinor R. Coder"
                            (As authorized by e-mail on 5/10/2018
                            ELLINOR R. CODER
                            Attorney for Defendant

Date:  May 10, 2018         "/s/Barbara Marie Rizzo"
                            BARBARA MARIE RIZZO
                            Attorney for Plaintiff

**ORDER**

APPROVED AND SO ORDERED:

DATED:  May 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER          2