UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATTI J. LARA, | Case No.: 2:17-CV-02208-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR CORRECTION OF CLERICAL ERROR |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | |
| Defendant. | |

After consideration of the Plaintiff's motion, the Court finds that the Plaintiff is entitled to an award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), in the amount of $13,673.11.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for attorney's fees under the EAJA is GRANTED but with a reduced fee award of $13,673.11 and a reduced cost/expenses award of $531.60

2. If the government determines that plaintiff does not owe a federal debt that qualifies for offset, payment may be made in the name of plaintiff's attorney.

IT IS SO ORDERED.

Dated: March 29, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE